THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MONICA L. MILLER
Assistant United States Attorney
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-4061
        Facsimile: (213) 894-7819
        E-mail: monica.miller@usdoj.gov

JS - 6

Michael B. Mukasey, Attorney General
Michael Chertoff, Secretary, Department of
Homeland Security; Jane E. Arellano, District Director,
U.S. Citizenship and Immigration Services; and
Robert M. Cowan, Director, National Benefits Center

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERTO LOPEZ-CASTILLO, and MANUEL FIGUEROA-VELAZQUEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL B. MUKASEY, ATTORNEY GENERAL; MICHAEL CHERTOFF SECRETARY, DEPARTMENT OF HOMELAND SECURITY; JANE E. ARELLANO, DISTRICT DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND ROBERT M. COWAN, DIRECTOR, NATIONAL BENEFITS CENTER,<br><br>    Defendants. | NO. CV 07-06998 VBF (VBKx)<br><br><br><br>**ORDER DISMISSING ACTION** |

1    Pursuant to the Joint Stipulation among the parties, IT IS

2  HEREBY ORDERED the above entitled case is dismissed with

3  prejudice and each party shall bear their own costs.

4    Dated: June 24, 2008.

5

6    _____
                                   VALERIE BAKER FAIRBANKS

7    United States District Court Judge

8

9  Respectfully Submitted,

10  June 23, 2008.

11  LAW OFFICES OF JAIME JASSO

12   /S/ Jaime Jasso_____
    JAIME JASSO
13  Attorney at Law

14  Attorney for Plaintiffs

15
    June 23, 2008.
16
    THOMAS P. O' BRIEN
17  United States Attorney
    LEON W. WEIDMAN
18  Assistant United States Attorney
    Chief, Civil Division
19

20  /S/_____
    MONICA L. MILLER
21  Assistant United States Attorney

22  Attorneys for Defendants

23

24

25

26

27

28                              1